IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Cornelius R. Morant, #1499, | C/A No.: 3:19-2848-JFA-SVH |
| Plaintiff, | |
| vs. | ORDER |
| The People of the State of South Carolina, Bordon Jenkinson, and Sumter County, | |
| Defendants. | |

This is a civil action filed by a pretrial detainee. Therefore, in the event that a limitations issue arises, Plaintiff shall have the benefit of the holding in *Houston v. Lack*, 487 U.S. 266 (1988) (prisoner's pleading was filed at the moment of delivery to prison authorities for forwarding to District Court). Under Local Civ. Rule 73.02(B)(2)(e) (D.S.C.), pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

TO THE CLERK OF COURT:

The Clerk of Court is directed *not* to issue the summons at this time.

IT IS SO ORDERED.

November 4, 2019
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge